IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH BUTLER** <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.** <br><br> and <br><br> **EQUIFAX INFORMATION SERVICES LLC** <br><br> and <br><br> **EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.** <br><br> and <br><br> **MONARCH RECOVERY MANAGEMENT, INC.** <br><br> and <br><br> **FRONTLINE ASSET STRATEGIES, LLC** <br><br> and <br><br> **ALLIED INTERSTATE, LLC** <br><br>　　　　　　Defendants. | **Civil Action No.** <br><br> **2:14-cv-07346-CDJ** |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒　The nongovernmental corporate party, <u>Monarch Recovery Management, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

or

☐   The nongovernmental corporate party, _____, a foreign corporation, in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

        **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

    By:   */s/ Ronald M. Metcho / rmm5150*
           RONALD M. METCHO
           Attorneys for Defendant
           Monarch Recovery Management, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH BUTLER<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br>and<br>**EQUIFAX INFORMATION SERVICES LLC**<br>and<br>**EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.**<br>and<br>**MONARCH RECOVERY MANAGEMENT, INC.**<br>and<br>**FRONTLINE ASSET STRATEGIES, LLC**<br>and<br>**ALLIED INTERSTATE, LLC**<br><br>　　　　　Defendants. | **Civil Action No.**<br><br>**2:14-cv-07346-CDJ** |

## CERTIFICATE OF SERVICE

I, Ronald M. Metcho, Esquire, do hereby certify that a true and correct copy of the Corporate Disclosure Statement Form of Defendant, Monarch Recovery Management, Inc. was served upon all counsel by ECF on May 12, 2015.

　　　　　　　　　　　　　　　　**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

　　　　　　　　　　　　By:　_/s/ Ronald M. Metcho / rmm5150_
　　　　　　　　　　　　　　　RONALD M. METCHO
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Monarch Recovery Management, Inc.