IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH BUTLER,<br><br>        *Plaintiff*,<br><br>v.<br><br>EXPERIAN, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 14-07346 |

## ORDER

**AND NOW**, this 7th day of September, 2016, upon consideration of Plaintiff Elizabeth Butler's ("Butler") unopposed motion for default judgment against Eastern Account System of Connecticut ("defendant") (ECF No. 34), it is **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that judgment is entered against defendant and in favor of Butler for damages in the amount of $1,000.

BY THE COURT:

/s/ GERALD J. PAPPERT
GERALD J. PAPPERT, J.

1